# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF EASTERN DISTRICT OF TEXAS

# TYLER DIVISION

| | |
|---|---|
| UNITEDHEALTHCARE BENEFITS OF TEXAS, INC., ET AL., <br><br> *Plaintiffs* <br><br> v. <br><br> CENTERS FOR MEDICARE & MEDICAID SERVICES, ET AL., <br><br> *Defendants* | Civil Action No. 6:24-cv-00357-JDK |

## PLAINTIFFS' NOTICE OF DESIGNATION OF LEAD COUNSEL

Plaintiffs hereby provide notice in connection with Local Rule CV-11 to designate Daniel Jarcho as lead attorney in place of Jared M. Slade in this action. Mr. Jarcho has been admitted to practice in this action *pro hac vice*. *See* Dkt. 4.

   /s/ Daniel G. Jarcho
Daniel G. Jarcho (D.C. Bar #391837)*
Kelley C. Barnaby (D.C. Bar #998757)*
Christopher J. Frisina (D.C. Bar #1033185)*
daniel.jarcho@alston.com
kelley.barnaby@alston.com
christopher.frisina@alston.com
ALSTON & BIRD LLP
950 F Street, N.W.
Washington, DC  20004
Phone: (202) 239-3300
Fax: (202) 239-3333

Jared M. Slade (Texas State Bar No. 24060618)
jared.slade@alston.com
ALSTON & BIRD LLP
2200 Ross Avenue, Suite 2300
Dallas, Texas 75201
Telephone: 214-922-3400
Facsimile: 214-922-3899


*admitted *pro hac vice*

COUNSEL FOR PLAINTIFFS