UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISON

| | |
|---|---|
| UNITEDHEALTHCARE BENEFITS OF TEXAS, INC., et al.,<br><br>    *Plaintiffs,*<br><br>  v.<br><br>CENTERS FOR MEDICARE & MEDICAID SERVICES, et al.,<br><br>    *Defendants.* | Civil Action No. 6:24-cv-357-JDK |

**ORDER GRANTING THE PARTIES' JOINT MOTION FOR EXPEDITED SUMMARY JUDGMENT BRIEFING SCHEDULE**

Before the Court is the parties' joint motion to set an expedited summary judgment briefing schedule for this case. Having fully considered the motion, the Court is of the opinion that the motion should be **GRANTED**. It is therefore **ORDERED** that the briefing schedule for summary judgment in this matter is as follows:

1. Defendants produce Administrative Record: **October 8, 2024**.

2. Plaintiffs' Motion for Summary Judgment and supporting Memorandum: **October 15, 2024**.

3. Defendants' consolidated Cross-Motion for Summary Judgment (and supporting Memorandum) and Opposition to Plaintiffs' Motion for Summary Judgment: **October 30, 2024**.

4. Plaintiffs' consolidated Opposition to Defendants' Cross-Motion for Summary Judgment and Reply in Support of Motion for Summary Judgment: **November 7, 2024**.

5. Defendants' Reply in Support of Cross-Motion for Summary Judgment: **November 14, 2024**.

Plaintiffs' Motion for Summary Judgment and supporting Memorandum will be limited to 25 pages. Defendants' consolidated Cross-Motion for Summary Judgment (and Supporting Memorandum) and Opposition to Plaintiffs' Motion for Summary Judgment will be limited to 25 pages. If Defendants' Cross-Motion does not raise procedural defenses distinct from the merits, a 10-page limit will apply both to Plaintiffs' consolidated Opposition to Cross-Motion for Summary Judgment and Reply and to Defendants' Reply. If Defendants' Cross-Motion does raise such procedural defenses, a 15-page limit will apply both to Plaintiffs' consolidated Opposition to Cross-Motion for Summary Judgment and Reply and to Defendants' Reply.

Defendants' obligation to answer the Complaint is stayed pending the resolution of the Parties' cross-motions for summary judgment.

The Parties shall file all briefs (and any administrative record materials) provisionally under seal and submit redacted public filings, as well as motions to file under seal—if any—within 7 days of briefing being completed. The Parties shall seek to reach agreement on any sealing matters to narrow requests for sealing as much as possible.

Finally, the Court hereby sets the Parties' cross motions for summary judgment for an in-person hearing on **November 18, 2024, at 10:00 a.m.,** at the William M. Steger Federal Building and United States Courthouse, 211 West Ferguson Street, Tyler, TX 75702.

So **ORDERED** and **SIGNED** this **11th** day of **October, 2024.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE