**FILED UNDER SEAL**

# Exhibit B

# Copy of AR 182

| contract_ic | caseid | contract_n | organizatio | CallCenterl | erc | cas_casest: | ERC_Descri | TimeCaseStarted | TimeCaseE | CaseDurati | TimeCallM： |
|---|---|---|---|---|---|---|---|---|---|---|---|
| H0169 | D0800225 | UNITEDHE/ | Local CCP | 31 | 293.4 | 293 | Plan Call Ce | 2/19/2024 14:11:50 | ######## | 10.8 | 19FEB24:1⋯ |
| H0169 | D1400487 | UNITEDHE/ | Local CCP | 31 | 294.1 | 294 | LEP: Timeo | 4/2/2024 14:13:00 | ######## | 13.2 | 02APR24:1⋯ |

| callerhangu | HangUpBy | CallEnded | CallDuratio | time_logsta | date_logsta | time_loger | date_loger | finishnote | Unprofessi | Interpreter | ctype | clanguage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ######## | Resp | ######## | 9.3 | 14:11:53 | ######## | 14:21:13 | ######## | | was able to press option 6 for Frer | | 3 | 3 |
| 4:13:03 | Intvw | ######## | 11.1 | 14:13:03 | 4/2/2024 | 14:24:11 | 4/2/2024 | IVR did not respond to my selectio | | | 3 | 4 |

| quarter | week | phone | Assigned_c | Assigned_F | PLANNAMf | ORGNAME | ts0_date | ts0_time | ts1_date | ts1_time | ts2_date | ts2_time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 8 1-877-485- | H1045 | | 5 UHC Prefer | PREFERREC | ######## | 14:11:53 | | | ######## | 14:12:05 |
| | 2 | 14 1-877-485- | H1045 | | 5 UHC Prefer | PREFERREC | 4/2/2024 | 14:13:04 | | | 4/2/2024 | 14:13:18 |

| ts3_date | ts3_time | ts4_date | ts4_time | ts5_date | ts5_time | ts6_date | ts6_time | ts7_date | ts7_time | TTY_Phone | IVR_TIME | HOLD_TIM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ######## | 14:12:05 | ######## | 14:12:49 |  |  | ######## | 14:21:21 | ######## | 14:22:38 |  | 43 | 512 |
| 4/2/2024 | 14:13:18 | 4/2/2024 | 14:14:19 | 4/2/2024 | 14:15:54 | 4/2/2024 | 14:23:54 | 4/2/2024 | 14:26:09 |  | 101 | 53 |

| LEP_HOLD | TTY_HOLD | CASETYPEI | MMP_Indic | INDSNP | resCallCou | dayofwk | timeofday | ZIPCODE | COUNTY | STATE | QUESTION: | QUESTION: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| -1 | | D | | 0 | 1 | 1 | 14 | 33093 | Broward | Florida | 34 | 26 |
| 480 | | D | | 0 | 1 | 2 | 14 | 33093 | Broward | Florida | 24 | 27 |

| QUESTION | ANSWER1 | ANSWER2 | ANSWER3 | A1 | O_A1M1 | A2 | O_A2M1 | A3 | O_A3M1 | CCETIMEZCTTY_TYPE | ANSWERED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 31 | | $0 | Yes | Yes | | | | | | CST | 1 |
| 34 | No | She can pa' | | $0 | | | | | | CST | 1 |

| IVR1 | IVR2 | IVR3 | IVR4 | IVR5 | IVR6 | IVR7 | IVR8 | IVR9 | IVR10 | IVRResult | HOLD | LIVE |
|------|------|------|------|------|------|------|------|------|-------|-----------|------|------|
| 5X2  | 6    |      |      |      |      |      |      |      |       |           | 1    | 3    |
|      |      |      |      |      |      |      |      |      |       |           | 1    | 1    |
|      |      |      |      |      |      |      |      |      |       |           |      | 90   |

| O_LIVE2M:O_LIVE2M:O_LIVE2M: | EndScreen | EndScreen: Unprofessi | INTERPRET | linestttime | lineendtime |
|---|---|---|---|---|---|
| | | | | 9 | 21 |
| | | | | 9 | 21 |