**FILED UNDER SEAL**

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISON**

| | |
|---|---|
| UNITEDHEALTHCARE BENEFITS OF TEXAS, INC., et al., <br><br>*Plaintiffs,*<br><br>v.<br><br>CENTERS FOR MEDICARE & MEDICAID SERVICES, et al.,<br><br>*Defendants.* | Civil Action No. 6:24-cv-00357-JDK |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Before the Court is Plaintiffs' Motion for Summary Judgment. Having fully considered the motion and any opposition thereto, the Court is of the opinion that the motion should be **GRANTED**. It is therefore

**ORDERED** that the motion is hereby **GRANTED,** and that

1. CMS's decision to include the disputed call (D0800225) in the 2024 Call Center Monitoring Performance Metrics for Accuracy and Accessibility Study is **DECLARED** unlawful, and

2. Defendants shall recalculate Plaintiffs' 2025 Star Ratings without consideration of the disputed call and shall immediately publish the recalculated Star Ratings in the Medicare Plan Finder.

**SO ORDERED.**