## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

<table>
<tr><td>

UNITEDHEALTHCARE BENEFITS OF
TEXAS, INC., et al.,

        *Plaintiffs,*

   v.

CENTERS FOR MEDICARE & MEDICAID
SERVICES, et al.,


        *Defendants.*

</td><td>

Civil Action No. 6:24-cv-00357-JDK

</td></tr>
</table>

### DEFENDANTS' NOTICE REGARDING SEALED PLEADINGS

On October 11, 2024, the Court granted the Parties' joint motion for an expedited summary judgment briefing schedule. ECF No. 11. In that Order, the Court also provided that the Parties "shall file all briefs (and any administrative record materials) provisionally under seal[.]" *Id.* at 2. For this reason, Defendants filed their cross-motion for summary judgment, ECF No. 15, and response in opposition to Plaintiffs' motion to supplement the administrative record, ECF No. 16, under seal.

Defendants do not seek to maintain the seal on any part of their prior filings. For this reason, Defendants do not object to the Court unsealing those filings.

Respectfully submitted,

DAMIEN M. DIGGS
UNITED STATES ATTORNEY

*/s/ James G. Gillingham*
JAMES G. GILLINGHAM
Texas State Bar No. 24065295

james.gillingham@usdoj.gov
110 N. College, Suite 700
Tyler, TX 75702
Tel: (903) 590-1400
Fax: (903) 590-1436

*Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 14, 2024, a true and correct copy of the foregoing document was filed electronically with the court and has been sent to all known counsel of record via the Court's electronic filing system.

*/s/ James G. Gillingham*
JAMES G. GILLINGHAM
Assistant United States Attorney