# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISON

| | |
|---|---|
| UNITEDHEALTHCARE BENEFITS OF TEXAS, INC., et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>CENTERS FOR MEDICARE & MEDICAID SERVICES, et al.,<br><br>*Defendants.* | Civil Action No. 6:24-cv-00357-JDK |

## PLAINTIFFS' NOTICE REGARDING SEALED FILINGS

Pursuant to the Court's October 31, 2024, Order Governing Sealed Filings (ECF No. 17), Plaintiffs hereby notify the Court that they have no objection to unsealing the motions, briefs, and other documents previously filed under seal in this case.

Respectfully submitted,

 /s/ *Daniel G. Jarcho*

| | |
|---|---|
| Jared M. Slade<br>Texas State Bar No. 24060618<br>jared.slade@alston.com<br>ALSTON & BIRD LLP<br>2200 Ross Avenue, Suite 2300<br>Dallas, Texas 75201<br>Telephone: 214-922-3400<br>Facsimile: 214-922-3899 | William H. Jordan (Georgia Bar # 405122)<br>Daniel G. Jarcho (D.C. Bar #391837)<br>Kelley C. Barnaby (D.C. Bar #998757)<br>Christopher J. Frisina (D.C. Bar #1033185)<br>bill.jordan@alston.com<br>daniel.jarcho@alston.com<br>kelley.barnaby@alston.com<br>christopher.frisina@alston.com<br>ALSTON & BIRD LLP<br>950 F Street, N.W.<br>Washington, DC 20004<br>Telephone: (202) 239-3300<br>Facsimile: (202) 239-3333 |

*Attorneys for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing Plaintiffs' Notice Regarding Sealed Filings has been served via the Court's CM/ECF system, which served a copy on all attorneys of record.

                                          */s/ Daniel G. Jarcho*
                                          Daniel G. Jarcho

.