IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITEDHEALTHCARE BENEFITS OF TEXAS, INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> CENTERS FOR MEDICARE & MEDICAID SERVICES, ET AL., <br><br> Defendants. | § § § § § § § § § § § § | Case No. 6:24-cv-357-JDK |

## ORDER UNSEALING FILINGS

Before the Court are the parties' notices regarding sealed filings. Docket Nos. 22; 23. Neither party objects to the unsealing of all previous filings in this case that were provisionally filed under seal.

Accordingly, the Court **ORDERS** that all motions, briefs, and other documents previously filed under seal in this case be **UNSEALED**.

So **ORDERED** and **SIGNED** this **15th** day of **November, 2024.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE

1