# IN UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

**DATE:** November 18, 2024

| **DISTRICT JUDGE** | **COURT REPORTER:** Shea Sloan |
|---|---|
| Jeremy D. Kernodle | **COURTROOM DEPUTY:** Suzanne Wimberley |

| UnitedHealthcare Benefits of Texas, et al | |
|---|---|
| v. | 6:24-cv-357 |
| Centers for Medicare & Medicaid Services, et al | |
| | |

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |
|---|---|
| Daniel Jarcho | James Gillingham |
| William Jordan | Matthew Campbell |
| Erin Weber | |
| Ellinor Hiller | |

On this day, came the parties by their attorneys and the following proceedings were held in Tyler, TX:

| TIME: | MINUTES: Hearing on Summary Judgment Motions |
|---|---|
| 10:02 am | Court in session. Court calls the case. Appearances noted. |
| 10:03 am | Mr. Jordan addresses the Court. Court and Mr. Jordan discuss various issues. |
| 10:24 am | Mr. Campbell addresses the Court. Court and Mr. Campbell discuss various issues. |
| 11:00 am | Mr. Jordan responds. |
| 11:08 am | Court adjourns. |
| | |
| | |
| | |
| | |

DAVID O'TOOLE, CLERK

BY: _____Suzanne Wimberley_____
Courtroom Deputy Clerk