# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISON

| | |
|---|---|
| UNITEDHEALTHCARE BENEFITS OF TEXAS, INC., et al., *Plaintiffs*, v. CENTERS FOR MEDICARE & MEDICAID SERVICES, et al., *Defendants*. | Civil Action No. 6:24-cv-00357-JDK |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that all defendants hereby appeal to the United States Court of Appeals for the Fifth Circuit from this Court's opinion and order dated November 22, 2024, ECF No. 28, granting in part plaintiffs' motion for summary judgment, ECF No. 12, and denying in part defendants' cross-motion for summary judgment, ECF No. 15.

Respectfully submitted,
DAMIEN M. DIGGS
UNITED STATES ATTORNEY

*/s/ James G. Gillingham*
JAMES G. GILLINGHAM
Texas State Bar No. 24065295
james.gillingham@usdoj.gov
110 N. College, Suite 700
Tyler, TX 75702
(903) 590-1400
Fax: (903) 590-1436

MATTHEW A. CAMPBELL
Virginia State Bar No. 43907
330 Independence Ave., S.W.
Cohen Building
Washington, D.C.  20201
(202) 240-3275

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

     I hereby certify that on January 21, 2025, I electronically filed the foregoing document with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such filing.

                                                */s/ James G. Gillingham*
                                                JAMES G. GILLINGHAM
                                                Assistant United States Attorney