# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| UNITEDHEALTHCARE BENEFITS OF TEXAS, INC., et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> CENTERS FOR MEDICARE & MEDICAID SERVICES, et al., <br><br> *Defendants.* | Civil Action No. 6:24-cv-00357-JDK |

## NOTICE OF WITHDRAWAL OF NOTICE OF APPEAL

PLEASE TAKE NOTICE that all defendants hereby withdraw their Notice of Appeal, ECF No. 30.

    Respectfully submitted,
    ABE MCGLOTHIN, JR.
    ACTING UNITED STATES ATTORNEY

    */s/ James G. Gillingham*
    JAMES G. GILLINGHAM
    Texas State Bar No. 24065295
    james.gillingham@usdoj.gov
    110 N. College, Suite 700
    Tyler, TX 75702
    (903) 590-1400
    Fax: (903) 590-1436

    MATTHEW A. CAMPBELL
    Virginia State Bar No. 43907
    330 Independence Ave., S.W.
    Cohen Building
    Washington, D.C. 20201
    (202) 240-3275

    *Counsel for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 24, 2025, I electronically filed the foregoing document with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such filing.

                                            */s/ James G. Gillingham*
                                            JAMES G. GILLINGHAM
                                            Assistant United States Attorney